I'm going to ask John to present a summary of the hearing on the following. I think it's about communication versus evidence-based. I don't know if that's a good way to put it. I just think it's a good way to put it. Okay. Thank you. Thank you. James Thompson, thank you so much. I'm going to walk along with you and you can take a moment to think about these terms and findings for a moment. Section 5 of the BOTC, and it's written in terms of agency, empowers the agency to retain persons, partnerships, and corporations. And then from that universal agency, it extends to specific teams and banks that become carriers to teams to retain partners. Now, at that time, in 1814, only certain common carriers were subject to the instruments of commerce, starting with railroads in 1887. And then, quite quickly, widespread in 1806, and common carriers became so-called telegraph, meaning cable companies right into 1810. So, that's the universe. Common carriers are individuals, individuals who are subject to the instruments of commerce and, therefore, are banks. It extends from agency to agency. Section 5 of the BOTC. Hold on a minute, quite quickly. They said banks, but then they said common carriers. They didn't just say common carriers, but they went on and said common carriers for their subsystems. So, if the person, it seems like, is subject to a railroad company, then the term for common carrier is, well, the Supreme Court, the very next year, which is supposed to be a railroad case, said what subject is to a common means institution, and that is common carriers.  Well, it's been a couple of years since then. I understand. But, nonetheless, if we start with common carriers, and we determine what common carriers are, and because they didn't stop common carriers, it doesn't seem as if a game team involved common carriers that didn't be subject to the system. They went on and just said, well, common carriers were not subject to the system. So, the criteria were, in essence, they came to common carriers that were not going to be subject to the system as long as they were involved in activities being regulated and fostered. That's the criteria. Obviously, they said that, and then claimed that they had common carriers, and they went on and presented those that were involved in activities being regulated elsewhere. And it seems to be that if common carriers were not involved in the activities being regulated elsewhere, they would then be regulated under the Act. So, at that point, if I'm doing subject or interpretation, it seems to be that if the common carrier is not a means of being in place, then it seems to me, as a good point, that it's subject to the Act and the OTC rules, and so forth. Okay. So, let me see. Let me see. Thanks. Mark, can you go on? Excellent. Yes. And thanks, at the time, did a number of things. They were not accused of banking. They sold insurance. They underwrote securities. Thanks. They were not accused of banking. They couldn't do that, and it's just directly opposite of your argument, because they said banks, and they didn't say the companies, they said just banks. But it's related to common carriers. They didn't just say common carriers. They said common carriers that are not subject or that are subject to the OTC rules. What they were suggesting is the activities related to the art of the OTC, and we're going to look at that area, and we want to take that out so we have a good subject. I think the situation is similar to the law. Certainly, in common carriers, banks, steam ships, and other entities that are not subject to the OTC Congress, or the OTC Congress, and it's common carriers that are subject to the OTC rules, there is about a dozen of companies who are in the OTC, but they don't have all the rules. I agree with you, and I'm going to move on, but I think it relates to the fact that first of all, the nature of a common carrier is and then general common carriers are subject to the act. Only common carriers that are subject to the set of OTC rules and the activities that they do, anything that's subject to that act, then they will be subject because they will offer a common carrier first. Anything that's been offered for a common carrier is a deposit in the basis. So, I can tell you that the deposit was in the D.C. Circuit in 1976 when they were saying that a common carrier is someone who holds himself out on all corners, on equal terms with the D.C. and has a common law definition. We're looking at the common law definition of the common carriers, which is somewhat philosophical in its definition. Okay. First of all, they do define what common carriers are on your D.R.C. with a specific list of what common carriers are. They do define subject to and they have changed the definition of subject to over time, such that subject to is now not just those of the I.C.C., but those of your communications area and that sort of thing. So, if you look at this curriculum's list document for today, there are a series of common law pieces explaining who and what common carriers are. They are carriers who hold themselves out on all corners of the I.C.C. for the entire term, having been changed in this period. There's a whole series of common law pieces talking about common carriers engaging in activities that are called common carriers and what those cases do and how we as regulators can, in other words, say in what cases it's useful for the I.C.C., the I.C.C., whether it's transporting those common carriers, making decisions differently on the regulatory and consensual sides. And the straightforward scenario was the regulatory authority of the I.C.C. over these carriers and activities including the non-carrier activities. And what they said was in those common cases that in the I.C.C. you can demand you can include those activities so that usually in that those cases common carriers can be involved in the standard activities of the common carriers in more than just the activity of the I.C.C. and its members. And this is a very percussive position where we should argue  there's some very large instances of what is not the case in common carriers at all in the I.C.C. that can be included in common carriers at all. I agree with you but it's just a question. I know I buy a small money-using common carrier and I see my buyers as using a  useless carrier. I think so. So for instance in case the I.C.C. that has a standard activity of the standard activities of the common carrier or any activity of the standard activities of the common carrier that we can argue that    is a standard activity of the standard activities of the common carrier or any activity of the standard activities of the standard activities of the standard activities  consider them as executive statistics and as expenditures for the common carrier. The standard activity of the standard activities of the standard activities is the standard increase of this specific activity  standard activities services and agency and peer-to-peer services and media services and UCC administration and the remedial and expense parameters. Also, it seems to me in particular  there is a serious issue right now. I understand this issue to be quite a big problem and I'm interested in hearing your word on it. I think UCC has  been  this situation for a long period and I think the commentary on this doesn't seem as important as what it is. So, I think that the FCC is already certain jurisdictions are exactly guaranteeing what's there. They claim there are no COVID restricting data use. It is contrary to the FCC recommendations. The issue is that there is             a lack of understanding between the FCC and the FCC. A couple years ago, there was a lack of understanding between the FCC and the FCC. And this is not the same situation         lack of understanding between the FCC and the FCC. And that's exactly the reason why the FCC is so           FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why  FCC  so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is   to us. And that's  the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason  the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And the reason   FCC is so  to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason          that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the           reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to  And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's  the reason why the FCC is so  to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is  important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important  us.   exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important     exactly the   the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the  why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's   reason why the FCC is   to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so   us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is   to us. And that's exactly  reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important  us. And that's exactly the reason  the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason          that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important         the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason  the  is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important  us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so     that's exactly  reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the  why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why  FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly      is   to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the  why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC     us.     reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us.    the   the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly     FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why  FCC is so  to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is           the FCC is so important to us. And that's exactly the reason why the FCC is so important to us.         is so important to us. And that's exactly the reason why the FCC is so important to us. And that's          to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us.  that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is   to    exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important         the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And         so  to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the   the FCC is so important to us. And that's exactly the reason why the FCC is so important to  And that's exactly the reason why  FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's     the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason  the FCC is   to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC   important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so          the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And  exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly  reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to        the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the  is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly  reason why the FCC is  important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason          that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us.       the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the  why the  is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is  important to  And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us.  that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important  us.   exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us.         is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason    is  important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the  is  important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the  is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important  us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the  is so important to us. And that's exactly the reason why the FCC is so important to us. And that's   reason why the FCC is so  to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why    important to us. And that's exactly the reason why the is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly   why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the  is so important to us. And that's exactly the reason why the FCC is so important to us. And  exactly    the FCC is   to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so    And that's   reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to  And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us.   exactly the reason why the  is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why  FCC  so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why  FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is  important  us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And that's exactly the reason why the FCC is so important to us. And      the FCC is so important to us. Thank you. Thank you.
judges: Reinhardt, Kozinski, Thomas, McKeown, Graber, W. Fletcher, Rawlinson, N.R. Smith, Nguyen, Watford, Friedland